HEATHER E. WILLIAMS, #122664
Federal Defender
GRIFFIN ESTES, #322095
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SALVADOR ALVAREZ AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR ALVAREZ AGUILAR,<br><br>Defendant. | Case No. 1:24-cr-00281-KES<br><br>*UNOPPOSED* MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE; ORDER<br><br>Hon. Kirk E. Sheriff |

The defense moves this Court for an order terminating supervised release for the above-named defendant. Defense counsel has conferred with counsel for the government, Assistant United States Attorney Antonio Pataca, as well as United States Probation Officer Marissa Frazure, and neither has any opposition to this motion.

Title 18 U.S.C. § 3583(e)(1) grants this Court the power to terminate a term of supervised release at any time after the expiration of one year on a felony case, pursuant to the provisions of Federal Rule of Criminal Procedure Rule 32.1(c)[1], provided the Court is satisfied that such action

---

[1] Federal Rule of Criminal Procedure 32.1(c)(1) generally requires "a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." However, no hearing is required if the defendant waives the hearing. Fed. R. Crim. P. 32.1(c)(2)(A). Nor is a hearing required if the relief is favorable to the defendant and the government does not object. Fed. R. Crim. P. 32.1(c)(2)(A) and (B). Under both provisions, no hearing is required here.

is warranted by the conduct of the defendant and in the interests of justice. *See* 18 U.S.C. § 3564(c); *see also United States v. Ponce*, 22 F.4th 1045 (9th Cir. 2022) (clarifying that early termination of supervised release is not just reserved for rare cases involving exceptionally good behavior).

Mr. Aguilar was sentenced in the instant case on January 5, 2024, to 12 months and one day in custody, with a 3-year term of supervised release to follow. *See* Dkt. #3, p. 1. Mr. Aguilar term of supervised release began on October 1, 2024. As of the date of this filing, Mr. Aguilar has been on supervised release for a period of approximately 21 months, out of the initially imposed 36-month term. During that time, no petitions for violation of supervised release have been filed. He has maintained a stable residence and employment through his period of supervision. At present, Mr. Aguilar is on low supervision and is living a positive, pro-social, and law-abiding life. Unfortunately, Mr. Aguilar has a daughter who requires special medical treatment that she is receiving outside of the district. Continued supervision complicates his travel. Moreover, continued supervision is no longer necessary given Mr. Aguilar's successful reintegration into the community.

On June 17, 2026, Mr. Aguilar's probation officer, Marissa Frazure, indicated that probation had "no objection" to early termination in Mr. Aguilar's case. Similarly, on June 22, 2026, Assistant United States Attorney Antonio Pataca indicated via email that the Government did not object to early termination. This unopposed motion was reviewed and approved by Mr. Pataca prior to its filing.

Based on the foregoing, the defense submits that early termination of supervised release is warranted based on the conduct of Mr. Aguilar and is in the interests of justice. *See* 18 U.S.C. § 3583(e)(1).

//

//

//

Aguilar – Unopposed Motion for
Early Termination of Supervised Release

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 23, 2026

/s/ *Griffin Estes*
GRIFFIN ESTES
Assistant Federal Defender
Attorney for Defendant
SALVADOR ALVAREZ AGUILAR

**O R D E R**

IT IS SO ORDERED. Pursuant to 18 U.S.C. § 3583(e), the Court hereby terminates Defendant Salvador Alvarez Aguilar's term of supervised release.

IT IS SO ORDERED.

Dated:   June 23, 2026

_____
UNITED STATES DISTRICT JUDGE

Aguilar – Unopposed Motion for
Early Termination of Supervised Release

3